Harley J. MADISON, **Plaintiff-Appellee,**

v.

SOUTHERN PACIFIC COMPANY, **Defendant-Appellant.**

No. 30172.

United States Court of Appeals, Fifth Circuit.

March 1, 1971.

Rehearing Denied March 25, 1971.

Keys, Russell, Watson & Seaman, Corpus Christi, Tex., for appellant; James C. Watson, Corpus Christi, Tex., of counsel.

Burch Downman and Norman R. Jones, Houston, Tex., for appellee.

Before GOLDBERG and DYER, Circuit Judges, and GROOMS, District Judge.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5 Cir. 1970).